```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 13, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSEPH STILWELL and                                         :
STILWELL VALUE LLC,                                         :
                                                            :       14-cv-7931 (KBF)
                        Plaintiffs,                         :
                                                            :              ORDER
            -v-                                             :
                                                            :
SECURITIES AND EXCHANGE                                     :
COMMISSION,                                                 :
                                                            :
                        Defendant.                          :
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

   The Court understands that settlement discussions are proceeding.  The Court had previously ordered that it would set a briefing schedule on January 16, 2015 if no settlement had been reached by that date.  The Court hereby extends that date to **Monday, February 16, 2015**.  The Court does not need to schedule a conference at this time.

   SO ORDERED.

Dated:      New York, New York
            January 13, 2015

                                        _____
                                             KATHERINE B. FORREST
                                             United States District Judge