UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH STILWELL and<br>STILWELL VALUE LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>SECURITIES AND EXCHANGE<br>COMMISSION,<br><br>    Defendant. | **NOTICE OF VOLUNTARY<br>DISMISSAL PURSUANT TO<br>F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 1:14-cv-7931 (KBF) |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and in light of the administrative Order filed on March 16, 2015 by the defendant Securities and Exchange Commission ("SEC") accepting the Offers of Settlement submitted to the SEC by plaintiffs Joseph Stilwell and Stilwell Value LLC, the plaintiffs by their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant SEC.

Dated: March 16, 2015                    Respectfully submitted,


/s/ Peter D. Hardy
Peter D. Hardy (admitted *pro hac vice*)
Phardy@postschell.com
Carolyn Kendall (admitted *pro hac vice*)
ckendall@postschell.com
Abraham Rein (admitted *pro hac vice*)
arein@postschell.com
POST & SCHELL, P.C.
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 587-1000


/s/ Steven R. Glaser
Steven R. Glaser
steven.glaser@skadden.com
Boris Bershteyn
boris.bershteyn@skadden.com
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing *Notice of Voluntary Dismissal* has been served on the following via the Court's ECF filing system:

Jeannette Vargas
Assistant United States Attorney
Southern District of New York

Jean Lin
Justin Sandberg
Trial Attorneys
Department of Justice, Civil Division

/ s/ Peter D. Hardy
Peter D. Hardy
Post & Schell, P.C.

On this the 16th day of March, 2015.

SO ORDERED.

_____  3/16/15
KATHERINE B. FORREST
United States District Judge